UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN ISENSEE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

RESOLUTE ENERGY CORPORATION, RICHARD F. BETZ, NICHOLAS J. SUTTON, JAMES E. DUFFY, TOD C. BENTON, JOSEPH CITARRELLA, WILKIE S. COLYER, THOMAS O. HICKS, JR., GARY L. HULTQUIST, JANET W. PASQUE, ROBERT J. RAYMOND, and WILLIAM K. WHITE,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2020

19 Civ. 551 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 29, 2019, the Court extended Plaintiff's deadline to file his motion for attorney's fees to "fourteen days after the resolution of the motion to dismiss in *In re: Resolute Energy Corporation Securities Litigation*, No. 19 Civ. 77 (D. De.) [the 'Delaware Action']." ECF No. 13. The United States District Court for the District of Delaware granted that motion and dismissed the Delaware Action on March 18, 2020. Delaware Action, ECF No. 31. On April 1, 2020, Plaintiff filed a status letter stating that the Delaware court had granted the motion, but provided plaintiffs in the Delaware Action action with leave to amend. ECF No. 15 at 2. Plaintiff requested permission to file another status letter with the Court in 45 days. *Id.*

    Plaintiff's motion is construed as a motion for extension of time to file his motion for attorney's fees, and GRANTED. Plaintiff's motion for attorney's fees shall be filed no later than 14 days after the disposition of the Delaware Action. It is ORDERED that during the pendency of the Delaware Action, Plaintiff shall file a status letter every 45 days. It is further ORDERED that Plaintiff shall promptly inform the Court if the Delaware Action is dismissed or otherwise terminated.

    Accordingly, it is ORDERED that on **May 18, 2020,** Plaintiff shall file his first status letter pursuant to this order.

    SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                                  ANALISA TORRES
                                                United States District Judge